**Order filed, January 10, 2018.**



In The

# Court of Appeals
### For The
# First District of Texas
———————————

## NO. 01-17-00956-CV

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellant

### V.

### CESAR RANGEL, Appellee

---

### On Appeal from the 80th District Court
### Harris County, Texas
### Trial Court Case 2015-64114

---

### ORDER

The reporter's record in this case was due 12/28/2017. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Michelle Tucker, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days** of the date of this order.

PER CURIAM